**1330** 

ants. [17 NYS3d 342]—Motion for reargument denied. Present—Scudder, P.J., Centra, Peradotto and Valentino, JJ.

■ JESSICA MANFORD, Respondent, v FRED M. WILBER, Appellant. [17 NYS3d 342]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, Valentino and Whalen, JJ.

■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. BETH ANN PIENTA, as Successor Executrix of LEE HOLDSWORTH, Deceased, and Another, Respondent, v A.W. CHESTERTON COMPANY et al., Defendants, and CRANE CO., Appellant. [17 NYS3d 342]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Carni, Lindley and DeJoseph, JJ.

■ CATHERINE FLINT, Administrator of the Goods, Chattels and Credits of MARIE SMITH, Deceased, Appellant, v ROBERT ZIELINSKI, M.D., Respondent, et al., Defendant. [17 NYS3d 342]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Carni, Valentino and DeJoseph, JJ.

■ DAVID G. HARRIS, Appellant, v SYRACUSE UNIVERSITY et al., Respondents. (Appeal No. 1.) [17 NYS3d 343]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Carni, Valentino and Whalen, JJ.

■ DAVID G. HARRIS, Appellant, v SYRACUSE UNIVERSITY et al., Respondents. (Appeal No. 2.) [17 NYS3d 343]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Carni, Valentino and Whalen, JJ.

■ In the Matter of JAMES R. DIEGELMAN et al., Respondents, v CITY OF BUFFALO et al., Appellants. [17 NYS3d 343]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Carni, Valentino and Whalen, JJ.

■ ACQUEST WEHRLE, LLC, Respondent, v TOWN OF AMHERST, Appellant. (Appeal No. 1.) [17 NYS3d 343]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Lindley, Valentino and DeJoseph, JJ.

■ ACQUEST WEHRLE, LLC, Respondent, v TOWN OF AMHERST, Appellant. (Appeal No. 2.) [17 NYS3d 344]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Lindley, Valentino and DeJoseph, JJ.